UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Michelle Labayen
Law Office of Michelle Labayen
24 Commerce Street, Suite 1300
Newark, NJ 07102
973-622-1584
Email: michelle@labayenlaw.com

In Re:

Luis Rodriguez

Order Filed on April 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-33719

Chapter: 13

Judge: Gambardella

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 8, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____12/04/2018_____ :

Property:    116 Cortland Street Belleville, NJ 07109

Creditor:    Carrington Mortgage Services

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor_____, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including July 8, 2019 .

The Loss Mitigation Period is terminated, effective _____ .

Revised 9/19/13