Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18−33719−RG
        Chapter:  13
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luis Rodriguez
   116 Cortland Street
   Belleville, NJ 07109

Social Security No.:
   xxx−xx−6956

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/26/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 26, 2019
JAN: slm

                      Jeanne Naughton
                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-33719-RG
Luis Rodriguez                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 1           Date Rcvd: Jun 26, 2019
                              Form ID: 148          Total Noticed: 14

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2019.
db             +Luis Rodriguez,    116 Cortland Street,    Belleville, NJ 07109-3031
517901571      +Carrington Mortgage Services,    P.O. Box 5001,    Westfield, IN 46074-5001
518021204      +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
517901573      +Equifax,    POB 740241,    Atlanta, GA 30374-0241
517901574      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517901576      +KML Law Group PC,    216 Haddon Avenue, ste 406,    Kristina Murtha, Esq.,
                 Collingswood, NJ 08108-2812
517901577      +State of New Jersey,    Deptartment of taxation,    P.O. Box 448,    Trenton, NJ 08646-0448
517901578     ++TRANSUNION,    555 W ADAMS,    CHICAGO IL 60661-3631
                 (address filed with court: TransUnion,    555 W. Adams Street,    Chicago, IL 60661)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 27 2019 00:28:36     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 27 2019 00:28:32     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Jun 27 2019 03:48:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
517901572      +Fax: 602-659-2196 Jun 27 2019 00:39:00      Chex System,   7805 Hudson Road,    suite 100,
                 Saint Paul, MN 55125-1703
517901575      +EDI: IRS.COM Jun 27 2019 03:48:00      Internal Revenue Service,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
517903723      +EDI: RMSC.COM Jun 27 2019 03:48:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517901578       E-mail/Text: DASPUBREC@transunion.com Jun 27 2019 00:24:52     TransUnion,
                 555 W. Adams Street,    Chicago, IL 60661
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Michelle Labayen    on behalf of Debtor Luis  Rodriguez michelle@labayenlaw.com,
           silvia@labayenlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```