| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Michelle Labayen<br>Law Office of Michelle Labayen PC<br>24 Commerce Street<br>SUITE1300<br>Newark, NJ 07102<br>973-622-1584<br>michelle@labayenlaw.com | Order Filed on December 30, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>LUIS RODRIGUEZ | Case No.: 18-33719<br><br>Adv. No.:<br><br>Judge: Rosemary Gambardella |

## ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: December 30, 2019**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Page 2 Case # 18-33719 LUIS RODRIGUEZ Order to Approve Loan Modification**

---

The Debtor, LUIS RODRIGUEZ having moved this Court for an Order approving a Loan Modification Agreement regarding the first mortgage held by Carrington Mortgages Services, LLC against the Debtors' residence and all creditors and the Chapter 13 trustee having been given more than thirty (30) days notice by mail of the proposed Loan Modification, and no one having appeared in opposition thereto, and it appearing that the said settlement is proper and in the best interest of the estate, on motion of the debtor herein, it is after presentment of this Order

**ORDERED,** the debtor will provide for the filing of an Amended J within seven (7) days of the signed Order Approving the Loan Modification.

**ORDERED,** that the debtor herein, be hereby is authorized to enter into the Loan Modification as set forth in the application in support thereof.