UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
Michelle Labayen
Law Office of Michelle Labayen PC
24 Commerce Street
SUITE 1300
Newark, NJ 07102
973-622-1584
michelle@labayenlaw.com

Order Filed on December 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

LUIS RODRIGUEZ

Case No.: 18-33719

Adv. No.:

Judge: Rosemary Gambardella

### ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2) through 2 is

hereby **ORDERED**.

**DATED: December 30, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Page 2 Case # 18-33719 LUIS RODRIGUEZ Order to Approve Loan Modification**

---

The Debtor, LUIS RODRIGUEZ having moved this Court for an Order approving a Loan Modification Agreement regarding the first mortgage held by Carrington Mortgages Services, LLC against the Debtors' residence and all creditors and the Chapter 13 trustee having been given more than thirty (30) days notice by mail of the proposed Loan Modification, and no one having appeared in opposition thereto, and it appearing that the said settlement is proper and in the best interest of the estate, on motion of the debtor herein, it is after presentment of this Order **ORDERED,** the debtor will provide for the filing of an Amended J within seven (7) days of the signed Order Approving the Loan Modification.

**ORDERED,** that the debtor herein, be hereby is authorized to enter into the Loan Modification as set forth in the application in support thereof.

United States Bankruptcy Court
District of New Jersey

In re:  
Luis Rodriguez  
       Debtor

Case No. 18-33719-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 30, 2019  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2020.
db          +Luis Rodriguez,   116 Cortland Street,   Belleville, NJ 07109-3031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Maria Cozzini    on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for Bank of America, N.A mcozzini@sternlav.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Michelle Labayen    on behalf of Debtor Luis Rodriguez michelle@labayenlaw.com, silvia@labayenlaw.com;giovanna@labayenlaw.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                      TOTAL: 6